**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR216** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **GABRIEL LUCERO-REYES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The government has filed a motion for reduction of sentence pursuant to Federal Rule of Criminal Procedure 35(b) (Filing No.35).

IT IS ORDERED:

1. Counsel for the Defendant shall contact the Defendant and then inform Mr. Champion (402-661-7377) if the Defendant will appear, waiver his appearance or participate by phone. If the Defendant will participate by phone counsel shall provide the phone number to the court;

2. Counsel for the Defendant, if previously appointed pursuant to the Criminal Justice Act ("CJA"), is reappointed to represent the Defendant for purposes of the Rule 35(b) motion. If retained, counsel for the Defendant remains as counsel for the Defendant until the Rule 35(b) motion is resolved or until counsel is given leave to withdraw;

3. The Federal Public Defender shall provide CJA counsel with a new voucher;

4. The Clerk of the Court shall provide a copy of this order to counsel for the government, counsel for the Defendant, and the Federal Public Defender.

DATED this 29th day of June, 2005.

BY THE COURT:

 s/ Laurie Smith Camp
United States District Judge